| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Reade, Linda R. | 2. Court or Organization District Court ND Iowa | 3. Date of Report 06/18/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
4200 C. Street SW
Cedar Rapids, IA 52404

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Historical Society of the US Courts in the 8th Circuit |
| 2. | Director | Northern District of Iowa Branch of Eighth Circuit Historical Society |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to retire |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/18/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Bradshaw Fowler Proctor & Fairgrave, PC - professional fees |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/18/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Accounts | A | Interest | L | T | | | | | |
| 2. Liberty Bank Account | | None | J | T | | | | | |
| 3. Wells Fargo Account | A | Interest | | | Closed | 01/25/11 | K | A | |
| 4. CSCO Stock | A | Dividend | J | T | | | | | |
| 5. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 6. Deferred Comp Plan | A | Int./Div. | J | T | | | | | |
| 7. -Stock Index Fund-Valic | | None | | | | | | | |
| 8. -Science & Technology Fund-Valic | | None | | | | | | | |
| 9. -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 10. -Putnam Global Gr Fund-Valic | | None | | | | | | | |
| 11. -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 12. Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 13. -Schwab Money Market Fund | | | | | | | | | |
| 14. -Access (ACCP) | | | | | Buy | 04/21/11 | J | | |
| 15. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 16. -Allstate Corp (ALL) | | | | | Sold | 04/28/11 | K | | |
| 17. -Altria Group, Inc (MO) | | | | | Sold (part) | 12/15/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Amedisys Inc.(AMED) | | | | | | | | | |
| 19. -Ameriprise Financial (AMP) | | | | | Sold (part) | 03/03/11 | L | | |
| 20. | | | | | Buy | 03/09/11 | L | | |
| 21. -Ameritrade Holding (AMTD) | | | | | Sold | 3/3/11 | K | | |
| 22. -Annaly Capital Mgmt Reit (NLY) | | | | | Buy (add'l) | 10/27/11 | J | | |
| 23. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 24. -Apple (APPL) | | | | | Buy (add'l) | 02/18/11 | J | | |
| 25. | | | | | Buy (add'l) | 11/11/11 | K | | |
| 26. -Arm Holdings (ARMH) | | | | | Buy | 04/28/11 | K | | |
| 27. -Bank of Am Corp (BAC) | | | | | | | | | |
| 28. -Barrick Gold Corp (ABX) | | | | | | | | | |
| 29. -Berkshire Hathaway | | | | | | | | | |
| 30. -Blackrock Health Sciences Fund (SHSAX) | | | | | | | | | |
| 31. -Borg Warner Inc (BWA) | | | | | Sold (part) | 06/29/11 | J | | |
| 32. | | | | | Buy (add'l) | 11/09/11 | K | | |
| 33. -BP PLC (BP) | | | | | | | | | |
| 34. -Canadian Oil (COSWF) | | | | | Buy | 02/11/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Centerpoint Energy (CNP) | | | | | Buy | 04/19/11 | K | | |
| 36. -Cincinnati Bell (CBB) | | | | | Buy | 03/07/11 | K | | |
| 37. | | | | | Sold | 04/29/11 | K | | |
| 38. -Citigroup Inc | | | | | | | J | | |
| 39. -CVS Caremark Corp (CV) | | | | | | | | | |
| 40. -Cleanpath Resources (CLNP) | | | | | | | | | |
| 41. -Constellation Energy (CEG) | | | | | Sold (part) | 01/24/11 | K | | |
| 42. | | | | | Sold | 04/26/11 | K | | |
| 43. -Corrections Corp Am (CXW) | | | | | Sold | 02/10/11 | K | | |
| 44. -Deere (DE) | | | | | Buy | 02/16/11 | K | | |
| 45. -Dendreon Corp (DNDN) | | | | | | | | | |
| 46. -DuPont (DD) | | | | | Buy | 02/07/11 | K | | |
| 47. | | | | | Sold | 03/08/11 | K | | |
| 48. | | | | | Buy | 03/09/11 | L | | |
| 49. | | | | | Sold | 03/30/11 | L | | |
| 50. | | | | | Buy | 05/11/11 | L | | |
| 51. -EMC | | | | | Buy (add'l) | 01/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 16

**Name of Person Reporting**

**Reade, Linda R.**

**Date of Report**

06/18/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Endologix Inc (ELGX) | | | | | Sold | 05/31/11 | K | | |
| 53. -Equity Residential(EQR) | | | | | Sold | 09/07/11 | K | | |
| 54. -Exxon Mobile (XOM) | | | | | | | | | |
| 55. -Fiserv Inc (FISV) | | | | | Sold | 02/14/11 | K | | |
| 56. -Ford Motor Co (F) | | | | | | | | | |
| 57. -GEO Group (GEO) | | | | | Sold | 02/10/11 | K | | |
| 58. -General Electric Co (GE) | | | | | | | | | |
| 59. -General Growth (GGP) | | | | | Buy (add'l) | 01/27/11 | J | | |
| 60. | | | | | Sold (part) | 06/21/11 | K | | |
| 61. -Goldman Sachs Group Inc(GS) | | | | | | | | | |
| 62. -HCP Inc Reit | | | | | Sold | 09/14/11 | K | | |
| 63. -Howard Hughes (HHC) | | | | | Spinoff (from line 59) | 2/11/11 | J | | |
| 64. | | | | | Sold | 02/11/11 | J | | |
| 65. -IShares MSCI Australia Index Fund (EWA) | | | | | | | | | |
| 66. -Itau Unibanco Holding SA (ITYB) | | | | | Sold | 02/15/11 | K | | |
| 67. -Inergy (NRGY) | | | | | Buy | 01/12/11 | L | | |
| 68. -JP Morgan Chase | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Jabil Circuit (JBI) | | | | | Buy (add'l) | 04/18/11 | K | | |
| 70. | | | | | Buy (add'l) | 04/29/11 | K | | |
| 71. -Johnson Controls(JCI) | | | | | | | | | |
| 72. -Johnson & Johnson (JNJ) | | | | | Sold | 03/31/11 | K | | |
| 73. -LTC Properties Inc | | | | | Sold | 07/07/11 | K | | |
| 74. -Level 3 Communications (LVLT) | | | | | Sold | 01/21/11 | J | | |
| 75. -Magellan Midstream Ptnrs | | | | | Sold | 01/12/11 | L | | |
| 76. -Manulife Finan (MFC) | | | | | Buy | 01/24/11 | K | | |
| 77. -Marathon Oil (MRO) | | | | | Buy | 06/20/11 | K | | |
| 78. -Matthews Pacific Tiger Fund | | | | | | | | | |
| 79. -Market Vectors Gold Miners (GDX) | | | | | Sold | 04/05/11 | J | | |
| 80. -Market Vectors Indonesia Index (IDX) | | | | | Sold | 04/21/11 | J | | |
| 81. -Metlife (MET) | | | | | Buy | 03/23/11 | K | | |
| 82. -Microsoft (MSFT) | | | | | | | | | |
| 83. -NVIDIA (NVDA) | | | | | Buy | 05/11/11 | K | | |
| 84. -Oncothyreon (ONTY) | | | | | Sold | 01/21/11 | J | | |
| 85. -Paragon Shipppng (PRGN) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Pepsico Inc (PEP) | | | | | | | | | |
| 87. -Petaquilla Minerals (PTQMF) | | | | | Sold | 01/21/11 | J | | |
| 88. -Petrohawk Energy (HK) | | | | | Sold | 03/03/11 | K | | |
| 89. -Petroleo Brasileiro(PBR) | | | | | | | | | |
| 90. -Pfizer (PFE) | | | | | Buy | 05/09/11 | K | | |
| 91. -Pimco (PTY) | | | | | Buy | 01/26/11 | K | | |
| 92. | | | | | Buy (add'l) | 02/08/11 | K | | |
| 93. | | | | | Buy (add'l) | 07/07/11 | K | | |
| 94. -Potash Corp (POT) | | | | | | | | | |
| 95. -Principal Financial (PFG) | | | | | | | | | |
| 96. -Proctor & Gamble (PG) | | | | | | | | | |
| 97. -Provident Energy T (PVX) | | | | | | | | | |
| 98. -Qualcomm Inc (QCOM) | | | | | Sold | 03/03/11 | K | | |
| 99. | | | | | Buy | 04/04/11 | L | | |
| 100. | | | | | Sold | 04/26/11 | L | | |
| 101. -Quanta Services Inc (PWR) | | | | | | | | | |
| 102. -Reliance Steel & Aluminum(RS) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Renhe Commercial Hldg (RNHEF) | | | | | | | | | |
| 104. -Rosetta Resources (ROSE) | | | | | Buy | 06/22/11 | K | | |
| 105. -Royal Dutch Shell (RDSA) | | | | | Buy | 02/14/11 | K | | |
| 106. -Safe Bulkers (SB) | | | | | Buy | 03/16/11 | J | | |
| 107. -Seagate Technology (STX) | | | | | | | | | |
| 108. -Siemens AG (SI) | | | | | Buy (add'l) | 07/12/11 | J | | |
| 109. -Sierra Wireless (SWIR) | | | | | Buy | 02/11/11 | J | | |
| 110. | | | | | Sold | 07/07/11 | J | | |
| 111. -Sirius XM Radio fna Sirius Sat Radio | | | | | Sold | 03/03/11 | J | | |
| 112. -Suntech Power (STP) | | | | | | | | | |
| 113. -Southmark Corp (Y) | | | | | | | | | |
| 114. -Sun Health Care (SUNH) | | | | | Sold | 01/26/11 | J | | |
| 115. -Sabra Health Care (SBRA) | | | | | Merged (with line 114) | 01/26/11 | J | | |
| 116. -Telecom Argentina SA (TCMFF) | | | | | | | | | |
| 117. -Tesoro Corp | | | | | | | | | |
| 118. -Teva Pharm Inds, LTd (TEVA) | | | | | | | | | |
| 119. -Time Warner (TWX) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Time Warner Cable (TWC) | | | | | | | | | |
| 121. -Tsakos Energy (TNP) | | | | | Buy | 04/19/11 | K | | |
| 122. -Ultrapar Particpacoes SA (UGP) | | | | | | | | | |
| 123. -United Contrl Hldgs (UAL) | | | | | Buy (add'l) | 01/11/11 | K | | |
| 124. | | | | | Sold | 02/07/11 | K | | |
| 125. -US Natural Gas (UNG) | | | | | Sold | 09/20/11 | J | | |
| 126. -Vanguard Total World Stock (VT) | | | | | Sold (part) | 02/01/11 | K | | |
| 127. | | | | | Sold (part) | 03/03/11 | K | | |
| 128. -Verizon Communications (VZ) | | | | | | | | | |
| 129. -Vodafone (VOD) | | | | | Buy | 11/15/11 | J | | |
| 130. -Wal-Mart DE CVSPN Adr F | | | | | | | | | |
| 131. -Wells Fargo & Co | | | | | | | | | |
| 132. -Yahoo (YHOO) | | | | | Buy | 05/11/11 | K | | |
| 133. -Yamana Gold Incoo (AVY) | | | | | | | | | |
| 134. McVean Trading and Investment | D | Int./Div. | K | T | | | | | |
| 135. Farm 1 Dallas Co., IA | D | Rent | M | W | | | | | |
| 136. Farm 3 Dallas Co. IA | D | | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Farm 5 Adair Co, IA | D | Rent | M | W | | | | | |
| 138.  Farm 6 Adair Co, IA | D | Rent | M | W | | | | | |
| 139.  Farm 7 Adair Co, IA | D | | L | W | | | | | |
| 140.  Farm 8 Adair Co, IA | D | Rent | L | W | | | | | |
| 141.  Farm 9 Adair Co, IA | D | Rent | L | W | | | | | |
| 142.  Farm 10 Adair Co, IA | D | Rent | M | W | | | | | |
| 143.  Farm 11 Adair Co, IA | D | Rent | K | W | | | | | |
| 144.  Farm 14 Adams Co, IA | E | Rent | M | W | | | | | |
| 145.  Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 146.  Farm 18 Adams Co, IA | B | Rent | K | W | | | | | |
| 147.  Farm 19 Taylor County, IA | B | Rent | K | W | | | | | |
| 148.  Farm 20 Decatur County, IA | B | Rent | J | W | | | | | |
| 149.  Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 150.  Mineral Interest,Dallas County, IA | D | Royalty | J | T | | | | | |
| 151.  Fidelity ExplorRoyalty Bowman Co, ND | C | Royalty | J | T | | | | | |
| 152.  Liberty Banshares Inc (Y) | | | | | | | | | |
| 153.  Ben Con Properties LLC | | None | M | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Towne View Apartments, LTD | | None | J | U | | | | | |
| 155. Phoenix-Tuson Ranch LLC | | None | K | T | | | | | |
| 156. Safe Bulkers Inc. | | None | K | T | | | | | |
| 157. Provident Energy | B | Dividend | J | T | | | | | |
| 158. Brokerage 1 | | | | | | | | | |
| 159. -Schwab money market | A | Interest | J | T | Open | 1/4/11 | K | | |
| 160. -ABT | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 161. -ACM | | None | K | T | Buy | 01/18/11 | K | | |
| 162. | | | | | Sold (part) | 2/16/11 | J | | |
| 163. -AMBO | | None | | | Buy | 7/11/11 | J | | |
| 164. | | | | | Sold | 10/25/11 | J | | |
| 165. -ARLP | A | Dividend | K | T | Buy | 6/22/11 | K | | |
| 166. -CADX | | None | J | T | Buy | 1/24/11 | J | | |
| 167. | | | | | Sold (part) | 6/22/11 | J | | |
| 168. -DVN | A | Dividend | J | T | Buy | 2/16/11 | J | | |
| 169. -ERTS | | None | K | T | Buy | 10/25/11 | K | | |
| 170. -GIS | A | Dividend | | | Buy | 3/2/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 11/1/11 | K | | |
| 172. -IP | A | Dividend | K | T | Buy | 5/2/11 | K | | |
| 173. -NLY | | None | | | Buy | 1/18/11 | K | | |
| 174. | | | | | Sold | 3/1/11 | K | | |
| 175. -NVDA | | None | J | T | Buy | 1/3/11 | J | | |
| 176. | | | | | Buy (add'l) | 2/10/11 | J | | |
| 177. -RT | | None | J | T | Buy | 3/16/11 | K | | |
| 178. -SVU | A | Dividend | J | T | Buy | 3/23/11 | K | | |
| 179. -VALE | A | Dividend | J | T | Buy | 1/13/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 136, 139 the income is crops

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Linda R. Reade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544